Opinion issued February 11, 2010 









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00695-CV

____________


ROBERT S. COLLIER, Appellant


V.


SKH MANAGEMENT, L.P., SIGMUND, KANE & HATCH, INC.; PAUL
SIGMUND; GREGORY KANE; KEITH HATCH; SKH ENERGY FUND,
L.P.; SK EXPLORATION II, INC.; SKH MANAGEMENT II, L.P.; AND
MIKE LANCE, Appellees






On Appeal from the 269th District Court

Harris County, Texas

Trial Court Cause No. 2007-47543






MEMORANDUM OPINION

 Appellant, Robert S. Collier, has filed an unopposed motion to dismiss the
appeal. No opinion has issued. Accordingly, the motion is granted, and the appeal
is dismissed. Tex. R. App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Higley.